UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

ORANGEBURG DIVISION

| | |
|---|---|
| SANDRA HAMMOND and <br> KENNETH PRESTON, <br><br> Plaintiffs, <br><br> vs. <br><br> THE METHODIST OAKS, a non-profit domestic corporation, <br><br> Defendant. | Civil Action No. 5:14-cv-2152-JMC |

## ORDER

This matter comes before the Court pursuant to the parties' Joint Motion for Approval of Settlement, following litigation, discovery, and settlement negotiations between counsel for Plaintiffs and Defendant. The settlement is presented to the Court for approval because Plaintiffs asserted claims for violation of the Fair Labor Standards Act (FLSA) in their Complaint.

The Court has considered the representations by counsel for the parties, including that counsel for Plaintiffs has had a full opportunity to explore all factual and legal issues related to the merits of the FLSA claims and that he has discussed the merits of those claims with Plaintiffs. Having fully considered the Joint Motion, the Court finds that it is meritorious and should be GRANTED.

IT IS, THEREFORE, ORDERED that the Joint Motion for Approval of Settlement is hereby GRANTED. The Court hereby APPROVES the settlement reached by the parties in this matter. The Court understands that the parties will file a formal Stipulation of Dismissal with

prejudice pursuant to Rule 41 of the Federal Rules of the Civil Procedure following the issuance of this Order.

    IT IS SO ORDERED.

*J. Michelle Childs*
United States District Judge

Columbia, South Carolina
4-7-, 2015

2